PROB 12C
(7/93)

Report Date: December 10, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 11 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Curtis Anthony Knight           Case Number: 2:08CR00071-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 8, 2009

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison 92 months              Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Aine Ahmed                    Date Supervision Commenced: January 11, 2013

Defense Attorney:      Amy Rubin                     Date Supervision Expires: January 10, 2016

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Curtis Knight violated conditions of his supervised release by failing to appear for urinalysis testing on December 2, 2013, contrary to special condition # 17.<br><br>On December 2, 2013, Curtis Knight was required to appear for urinalysis testing. As noted previously, he failed to appear. Subsequently, he was directed to appear in the U.S. Probation Office for urine testing on December 4, 2013. The offender submitted a specimen which tested presumptive positive for opiates. It is noted, Mr. Knight has a valid prescription for the above-referenced substance. However, the sample was sent to the laboratory for further analysis. |
| 2 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |

Prob12C
Re: Knight, Curtis Anthony
December 10, 2013
Page 2

**Supporting Evidence:** Curtis Knight violated conditions of his supervised release by failing to appear at ADEPT for an assessment on November 26, and December 3, 2013.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/10/2013

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/11/13

Date