PROB 12C
(7/93)

Report Date: February 26, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**FEB 27 2014**

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Curtis Anthony Knight | Case Number: 2:08CR00071-001 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 8, 2009

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison 92 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: | January 11, 2013 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: | January 10, 2016 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/10/2013.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Curtis Knight violated conditions of his supervised release by failing to appear for urinalysis testing on February 19, 2014, contrary to special condition #17.<br><br>On February 19, 2014, Curtis Knight was required to appear for urinalysis testing. As noted previously, he failed to appear. Subsequently, he was ordered to appear in the U.S. Probation Office on February 20, 2014, to discuss his noncompliant behavior. |

Prob12C
Re: Knight, Curtis Anthony
February 26, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 2/26/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Other

_____
Signature of Judicial Officer

2/27/14
Date