PROB 12C  
(7/93)

Report Date: September 5, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP -8 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Curtis Anthony Knight      Case Number: 2:08CR00071-WFN-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 8, 2009

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 92 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: January 11, 2013 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: January 10, 2016 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/10/2013 and 02/26/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Curtis Knight violated the conditions of his supervised release in Spokane, Washington, by consuming methamphetamine on or about August 29, 2014. The offender reported to the U.S. Probation Office on the above-noted date and submitted a urine sample that tested presumptive positive for methamphetamine. After initially denying use of an illicit substance, the offender admitted consuming methamphetamine on August 28, 2014. An admission of use form was signed by the offender on August 29, 2014, and Alere laboratories confirmed the results on September 4, 2014. |

Prob12C
Re: Knight, Curtis Anthony
September 5, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/05/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

9/8/14
Date